**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alfred Octave MORRILL, Jr.,**
**Defendant–Appellant.**

**No. 91–8386.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 12, 1993.

---

Caroly J. Adams, Asst. U.S. Atty., Atlanta, GA, for plaintiff-appellee.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.